*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 6, 2015                    519544
_____

In the Matter of GEORGE
    MELENDEZ,
                    Petitioner,

        v                                  MEMORANDUM AND JUDGMENT

COMMISSIONER OF THE DEPARTMENT
    OF CORRECTIONS AND COMMUNITY
    SUPERVISION,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:  Peters, P.J., McCarthy, Egan Jr. and Devine, JJ.

                    _____


        George Melendez, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a tier III disciplinary determination that found him
guilty of interfering with an employee, refusing a direct order,
making threats and a movement regulation violation.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to his inmate account.  Petitioner
is not entitled to be restored to the status that he enjoyed

prior to the disciplinary determination (see Matter of Raduns v Prack, 122 AD3d 995, 995-996 [2014]; Matter of Harris v Prack, 122 AD3d 981, 981 [2014]).  In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of McCaskell v Department of Corr. & Community Supervision, 128 AD3d 1208, 1208-1209 [2015]; Matter of Bain v Annucci, 127 AD3d 1533, 1533 [2015]).

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court